United States District Court
Southern District of Texas
FILED

AUG 05 2015

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. **M-15-1083** |
| § | |
| JORGE ERNESTO BLANCO- § | |
| RODRIGUEZ § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**Count One**
**(Conspiracy to Commit Wire Fraud)**

From on or about February 2011 to on or about June 2015, in the Southern District of Texas, and elsewhere and within the jurisdiction of the Court, defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

with the intent to further the object of the conspiracy, did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jurors to devise and intend to devise a scheme and artifice to defraud and did transmit or cause to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice.

**Object of the Conspiracy**

It was the object of the conspiracy to obtain money and things and items of value by selling information relating to credit cards and debit cards belonging to other individuals with the knowledge that the information would be used to conduct transactions which misrepresented that the purchases were authorized when in fact they were not.

## Manner and Means of the Conspiracy

In furtherance of the conspiracy, the defendant would sell access devices, as defined in Title 18, United States Code, Section 1029(e)(1), specifically, credit card and debit card information and means of identification.

In furtherance of the conspiracy, the defendant would communicate with others regarding the availability of access devices for purchase.

In furtherance of the conspiracy, the defendant would respond to requests to provide access devices in exchange for payment.

In furtherance of the conspiracy, the defendant would direct purchasers to transmit funds by wire to other individuals in various states and foreign countries.

In furtherance of the conspiracy, the defendant would cause to be transmitted and would receive, through electronic mail and otherwise, confirmation of the payments.

In furtherance of the conspiracy, the defendant would transmit access devices to the purchasers through electronic mail after proof of payment.

In violation of Title 18, United States Code, Sections 1343 and 1349.

## Count Two
### (Conspiracy to Commit Access Device Fraud)

From on or about February 2011 through on or about June 2015, in the Southern District of Texas, and elsewhere and within the jurisdiction of the Court, defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

did knowingly conspire and agree with other persons known and unknown to the grand jurors to violate Title 18, United States Code, Section 1029(a)(3), that is the object of their conspiracy and agreement was to knowingly possess with the intent to defraud fifteen or more unauthorized access devices.

## Manner and Means of the Conspiracy

The manner and means of the conspiracy as set forth in Count One are reincorporated herein.

In violation of Title 18, United States Code, Section 1029(b)(2).

### Count Three
### (Access Device Fraud - Trafficking)

From on or about February 2015 through May 2015, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

knowingly and with intent to defraud, trafficked in one or more unauthorized access devices, and by such conduct, obtained an aggregate amount over $1,000, said trafficking affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(c)(1)(A)(i).

### Count Four
### (Access Device Fraud – Possessing 15 or More Documents)

On or about February 20, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

did knowingly and with intent to defraud possess at least fifteen unauthorized access devices, to wit: credit card numbers that had been stolen and obtained with intent to defraud, and said possession affected interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A)(i).

## Count Five
### (Access Device Fraud – Possessing 15 or More Documents)

On or about April 30, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

did knowingly and with intent to defraud possess at least fifteen unauthorized access devices, to wit: credit card numbers that had been stolen and obtained with intent to defraud, and said possession affected interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A)(i).

## Count Six
### (Aggravated Identity Theft)

On or about February 20, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

knowingly possessed, without lawful authority, a means of identification of another person, that is the name of D.A. and assigned credit card number ending in 004 belonging to D.A., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4).

## Count Seven
### (Aggravated Identity Theft)

On or about April 30, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

knowingly possessed, without lawful authority, a means of identification of another person, that is

the name of M.C. and assigned credit card number ending in 009 belonging to M.C., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4).

## NOTICE OF CRIMINAL FORFEITURE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ**

that in the event of conviction of a conspiracy to commit wire fraud in violation of Title 18, United States Code, Sections 1343 and 1349, all property, real or personal, which constitutes or is derived from proceeds traceable to such conspiracy is subject to forfeiture.

## NOTICE OF CRIMINAL FORFEITURE
(18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C))

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), the United States gives notice to the defendant,

**JORGE ERNESTO BLANCO-RODRIGUEZ,**

that in the event of conviction of a violation of Title 18, United States Code, Section 1029, the following is subject to forfeiture:

(1) all property constituting, or derived from, proceeds obtained directly or indirectly as the result of the violation; and

(2) all personal property used or intended to be used to commit the violation.

### Money Judgment

The defendant is notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

## Substitute Assets

The defendant is notified that in the event that property subject to forfeiture, as a result of any act or omission of defendant,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the total value of such property pursuant to Title 21, United States Code, Section 853(p) as incorporated by reference in Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY